UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY KLAUS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No.   4:06CV00177 AGF |
| | ) | |
| AL LUEBBERS, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that on or before April 21, 2006, Respondent shall

provide Petitioner with copies of the two slip opinions (one from Iowa and one from Oregon)

cited in Respondent's response to the Court's Show Cause Order.  Respondent shall file with the

Clerk's Office a notice of compliance with this Order.

**IT IS FURTHER ORDERED** that Petitioner's motion for an extension of time  to file

a traverse [Doc. #5] is **GRANTED**.  Petitioner shall have 20 days from the date the above

materials are provided to him to file a traverse in this case.

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of April, 2006.