UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY KLAUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CV00177 AGF |
| ) | |
| AL LUEBBERS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's motion to compel [Doc. #8] is **DENIED** as moot in light of Defendant's filing dated May 3, 2006, stating that the matters sought by Plaintiff have now been sent to him.

_\[signature\]_
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of May, 2006.