IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| TIMOTHY KLAUS, | ) | |
| --- | --- | --- |
| Petitioner, | ) | |
| vs. | ) | Case No. 4:06CV0177 AGF |
| AL LUEBBERS, | ) | |
| Respondent. | ) | |

## JUDGMENT

Pursuant to the Memorandum and Order filed herein on this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Petitioner's habeas petition is **DENIED**.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 11th day of February, 2009.